**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus Ernesto GOMEZ–TERRAZAS,
Defendant—Appellant.**

**No. 04–10488.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Dec. 5, 2005.

Robert A. Bork, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario Valencia, Henderson, NV, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Jesus Ernesto Gomez–Terrazas appeals the 70–month sentence imposed after his guilty-plea conviction for unlawful reentry after deportation in violation of 8 U.S.C. § 1326. Gomez–Terrazas contends, and the government concedes, that the case should be remanded for re-sentencing on an open record. We agree, and remand without limitation on the evidence that the district court may consider. *See United*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*States v. Matthews,* 278 F.3d 880, 885–86 (9th Cir.2002) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.